JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tiffny Allen<br><br>            Plaintiff(s),<br><br>        vs.<br><br>Nelson & Kennard<br><br>            Defendant(s). | CASE NO. CV 13-8258-MMM (AJWx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: May 12, 2014

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE